UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
PAULA GLADSTONE, et al.,                          :
    Plaintiffs,                                   :
                                                  :       **MEMORANDUM DECISION**
v.                                                :
                                                  :       11 CV 5856 (VB)
STURM FOODS, INC., et al.,                        :
    Defendants.                                   :
-------------------------------------------------------------x

For the reasons set forth in defendants Sturm Foods, Inc.'s and Treehouse Foods Inc.'s joint unopposed motion to transfer venue, this action should be transferred to the United States District Court for the Southern District of Illinois.  The Court finds this action could have been filed in the Southern District of Illinois and transfer of venue to that district serves the convenience of witnesses and the interests of justice.  See 28 U.S.C. § 1404(a).

Therefore, the Clerk is ordered transfer this action to the Southern District of Illinois. The initial conference scheduled in this action for December 2, 2011, at 11:00 a.m. is cancelled.

The Clerk is instructed to terminate this motion (Doc. #5).

Dated: November 28, 2011
      White Plains, New York

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2011

1